**Order entered June 19, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00298-CV

**TFHSP SERIES LLC, SERIES MAT-1, Appellant**

**V.**

**MANUFACTURERS AND TRADERS TRUST COMPANY, D/B/A M&T BANK, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01401**

## ORDER

Before the Court is appellant's June 15, 2018 motion to extend time to file brief. Attached to the motion as an exhibit is the brief. We **GRANT** the motion to the extent we **ORDER** appellant file its brief separately no later than June 25, 2018.

/s/     ADA BROWN
JUSTICE